DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SKYLAND DEVELOPMENT GROUP, LLC,**
Appellant,

v.

**FTL PROPERTY, LLC,**
Appellee.

No. 4D21-1706

[March 10, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William W. Haury, Jr., Judge; L.T. Case No. CACE 19-16579 (18).

Keith D. Silverstein of Keith D. Silverstein, P.A., Miami, for appellant.

Terrence P. O'Connor of Morgan, Carratt & O'Connor, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, FORST and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***